210 F.2d 655
 Hanford FARRELL, et al., Appellants,
v.
ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, a Corporation.
 No. 14986.
 United States Court of Appeals, Eighth Circuit.
 January 14, 1954.
 
 Appeal from the United States District Court for the Eastern District of Arkansas.
 Sharp & Sharp, Brinkley, Ark., for appellants.
 Barrett, Wheatley, Smith & Deacon, Jonesboro, Ark., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, 114 F.Supp. 486, on stipulation of parties.